# United States Bankruptcy Court
## Southern District of Alabama

In re **Graham Gulf, Inc.**

_____
Debtor(s)

Case No. **15-03065**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Graham Gulf, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Graham Holding Company, Inc.**
**6590 Half Mile Road**
**Irvington, AL 36544-3687**
_____

☐ None [*Check if applicable*]


Date **9/18/2015**

_____
**Jeffery J. Hartley**
Signature of Attorney or Litigant
Counsel for **Graham Gulf, Inc.**
**Helmsing Leach Herlong Newman & Rouse**
**150 Government Street**
**Suite 2000**
**Mobile, AL 36602**
**251-432-5521 Fax:251-432-0633**
**dwc@helmsinglaw.com**