B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Alabama

In re    Graham Gulf, Inc.        Debtor(s)

Case No.   **15-03065**
Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanced Logistics, LLC<br>2014 W. Pinhook Road<br>Suite 310<br>Lafayette, LA 70508 | Advanced Logistics, LLC<br>2014 W. Pinhook Road<br>Suite 310<br>Lafayette, LA 70508 | Trade debt | | 22,962.28 |
| American Express/Payment<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express/Payment<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Trade debt | | 33,186.62 |
| American Supply, LLC<br>P.O. Box 2602<br>Morgan City, LA 70381 | American Supply, LLC<br>P.O. Box 2602<br>Morgan City, LA 70381 | Trade debt | | 24,649.85 |
| Blue Cross Blue Shield<br>P.O. Box 360037<br>Birmingham, AL 35236-0037 | Blue Cross Blue Shield<br>P.O. Box 360037<br>Birmingham, AL 35236-0037 | Trade debt | | 60,409.99 |
| BNA Marine Services<br>P.O. Box 150<br>Morgan City, LA 70380 | BNA Marine Services<br>P.O. Box 150<br>Morgan City, LA 70380 | Trade debt | | 83,990.00 |
| C-Port/Stone, LLC<br>P.O. Box 4869 Dept 211<br>Houston, TX 77210-4869 | C-Port/Stone, LLC<br>P.O. Box 4869 Dept 211<br>Houston, TX 77210-4869 | Trade debt | | 73,366.08 |
| Cummins Mid-South LLC<br>P.O. Box 842316<br>Dallas, TX 75284-2316 | Cummins Mid-South LLC<br>P.O. Box 842316<br>Dallas, TX 75284-2316 | Trade debt | | 92,031.67 |
| Force Power Systems<br>3799 West Airline Highway<br>Reserve, LA 70084-0536 | Force Power Systems<br>3799 West Airline Highway<br>Reserve, LA 70084-0536 | Trade debt | | 113,259.35 |
| Graham Holding, Inc.<br>6590 Half Mile Road<br>Irvington, AL 36544 | Graham Holding, Inc.<br>6590 Half Mile Road<br>Irvington, AL 36544 | Trade debt | | 35,295.04 |
| Kevin Gros Consulting &<br>Marine<br>P.O. Box 706<br>Golden Meadow, LA 70357 | Kevin Gros Consulting & Marine<br>P.O. Box 706<br>Golden Meadow, LA 70357 | Trade debt | | 386,780.00 |
| Kongsberg Maritime, Inc.<br>5373 W Sam Houston<br>Parkway N<br>Suite 200<br>Bellaire, TX 77401 | Kongsberg Maritime, Inc.<br>5373 W Sam Houston Parkway N<br>Suite 200<br>Bellaire, TX 77401 | Trade debt | | 23,961.29 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| Martin Energy Services LLC<br>P.O. 95363<br>Grapevine, TX 76099-9733 | Martin Energy Services LLC<br>P.O. 95363<br>Grapevine, TX 76099-9733 | Trade debt | | 23,933.90 |
| Pro Diesel<br>P.O. Box 2528<br>Patterson, LA 70392 | Pro Diesel<br>P.O. Box 2528<br>Patterson, LA 70392 | Trade debt | | 112,504.13 |
| R.S.I. Group, Inc.<br>25300 Highway 1<br>Golden Meadow, LA 70357 | R.S.I. Group, Inc.<br>25300 Highway 1<br>Golden Meadow, LA 70357 | Trade debt | | 21,943.60 |
| Saicon Controls, Inc.<br>P.O. Box 61280<br>Lafayette, LA 70596-1280 | Saicon Controls, Inc.<br>P.O. Box 61280<br>Lafayette, LA 70596-1280 | Trade debt | | 27,291.15 |
| Superior Shipyard<br>20987 Highway 1<br>Golden Meadow, LA 70357 | Superior Shipyard<br>20987 Highway 1<br>Golden Meadow, LA 70357 | Trade debt | | 156,227.65 |
| Thompson Tractor Co., Inc.<br>2500 Pinson Highway<br>Birmingham, AL 35217 | Thompson Tractor Co., Inc.<br>2500 Pinson Highway<br>Birmingham, AL 35217 | Trade debt | | 48,348.91 |
| Thrustmaster of Texas, Inc.<br>6900 Thrustmaster Drive<br>Houston, TX 77041 | Thrustmaster of Texas, Inc.<br>6900 Thrustmaster Drive<br>Houston, TX 77041 | Trade debt | | 109,892.44 |
| Tide Marine Supply Co.<br>P.O. Box 535<br>Bayou La Batre, AL 36509 | Tide Marine Supply Co.<br>P.O. Box 535<br>Bayou La Batre, AL 36509 | Trade debt | | 43,633.44 |
| United Power Systems<br>2972 Highway 182<br>Raceland, LA 70394 | United Power Systems<br>2972 Highway 182<br>Raceland, LA 70394 | Trade debt | | 425,539.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of
perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  9/18/2015
_____

Signature  _____

Shawn Blair
Chief Financial Officer

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.