UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:

GRAHAM GULF, INC.,                          CASE NO.   15-03065-HAC-11

Debtor.

## ORDER APPOINTING CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. §1102 requiring the Court to appoint a Committee of Creditors holding unsecured claims, the Court was advised of the names of the twenty (20) largest unsecured creditors.   Written request was sent to the creditors.   No notice is necessary prior to appointment and no objections have been raised.

It is ORDERED that:

Superior Shipyard & Fabrication, Inc.
Attn: Brent Duet
20987 Highway 1
Golden Meadow, LA   70357
Tel: (985) 475-6441
Fax: (985) 475-6481

Thrustmaster of Texas, Inc.
Attn: Joe R. Bekker, President
6900 Thrustmaster Drive
Houston, TX   77041
Tel:   (713) 937-6295
Fax:   (713) 937-7962

American Supply, LLC
Attn:   Jennifer Wise
P.O. Box 2602
Morgan City, LA   70381
Tel:     (985) 518-8884

Safety Controls, Inc. (d/b/a/ SAFCON)
Attn: Gene T. Callais, Executive Vice President
P.O. Box 61280
Lafayette, LA 70596-1280
Tel: (337) 232-9610
FAX: (336) 237-3895

Force Power Systems, LLC
3799 W. Airline Highway
Reserve, LA 70084
Tel: (985) 536-1121
FAX: (985) 536-3155

are appointed as a Creditors' Committee for the unsecured general creditors.

Dated: October 15, 2015

_____
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE