UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-03065 |
| GRAHAM GULF, INC. | * | CHAPTER 11 |
| DEBTOR | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors, appearing herein through its proposed counsel, Stewart F. Peck with the firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, request, pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, that all notices, motions, pleadings, orders, applications, petitions, requests, complaints, and other papers filed, served or entered in the above-captioned case (formal or informal, written or oral, transmitted or conveyed by mail, courier, service, telephone, facsimile, transmission, telegraph, telex or otherwise) be given to and served at the following office and electronic mail addresses and telephone and facsimile numbers:

Official Committee of Unsecured Creditors
Attn: Stewart F. Peck
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com; ccaplinger@lawla.com; and bkadden@lawla.com

Respectfully Submitted,

   */s/ Christopher T. Caplinger*
STEWART F. PECK, *pro hac vice* request forthcoming
CHRISTOPHER T. CAPLINGER, *pro hac vice* request forthcoming
BENJAMIN W. KADDEN, *pro hac vice* request forthcoming
**LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com,
     ccaplinger@lawla.com,
     bkadden@lawla.com
Proposed Counsel for the Official Committee of Unsecured Creditors

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true and correct copy of the Notice of Appearance and Request for Notices via Notice of Electronic Filing and by United States Mail to the parties listed below:

Jeffery J. Hartley, Esq.
Helmsing, Leach, Herlon, Newman & Rouse
P.O. Box 2767
Mobile, Alabama 36652-2767

Mark Zimlich, Esq.
Bankruptcy Administrator
P.O. Box 3083
Mobile, Alabama 36652-3083

David B. Kurzweil
John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road, NE
Suite 2500 – Terminus 200
Atlanta, Georgia 30305

Joe A. Joseph
Burr & Forman
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Kevin Gros Consulting & Marine Services, Inc.
c/o Rufus C. Harris, III, Alfred J. Rufty III, and Jill Willhoft
Harris & Rufty, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130

Jason R. Watkins, Esq.
Jones Walker
11 N. Water Street
Mobile, Alabama 36602

            */s/ Christopher T. Caplinger*