| | |
|---|---|
| Case No: 15-03065 HAC Judge: HENRY A. CALLAWAY | Trustee Name: LYNN HARWELL ANDREWS |
| Case Name: GRAHAM GULF, INC. | Date Filed (f) or Converted (c): 10/11/16 (c) |
| | 341(a) Meeting Date: 11/14/16 |
| For Period Ending: 11/04/19 | Claims Bar Date: 01/31/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNT RECEIVABLE FROM ENTERGY LOUISIANA, LLC (u) | 0.00 | 791.14 | | 791.14 | FA |
| (secured to Wells Fargo) RFS granted C.O. 11-10-16 | | | | | |
| 2. BANK ACCOUNT | 1,139,741.31 | 15,000.00 | | 15,000.00 | FA |
| REGIONS BANK - ACCOUNT SET FORTH IN INTERIM CASH COLLATERAL ORDER. PORTION OF BANK ACCOUNT PAID PURSUANT TO ORDER GRANTING MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM STAY dated 11-10-16 (secured to Wells Fargo Bank) | | | | | |
| 3. ACCOUNT RECEIVABLE FROM ENTERGY LOUISIANA, LLC (u) | 0.00 | 82.25 | | 82.25 | FA |
| (secured to Wells Fargo) RFS granted C.O. 11-10-16 | | | | | |
| 4. ACCOUNTS RECEIVABLE | 9,510.50 | 0.00 | | 9,510.50 | FA |
| 2009 FORD F350 PASSENGER BUS - AUCTION PROCEEDS 2016/12/06 FROM RITCHIE BROS. AUCTIONEERS (Sold during Chapter 11 and check was in possession of Blackbriar) | | | | | |
| (secured to Wells Fargo) RFS granted C.O. 11-10-16. Also see C.O. 11-1-17 | | | | | |
| 5. ALABAMA BUSINESS PRIVILEGE TAX REFUND (u) | 0.00 | 0.00 | | 2,882.57 | FA |
| (secured to Wells Fargo Bank) RFS granted C.O. 11-10-16 Also see C.O. 11-1-17 | | | | | |
| 6. RESTITUTION PAYMENT BY CINDY LUE SANBORN (u) | 0.00 | 3,450.00 | | 3,450.00 | FA |
| 7. COMPLAINT V. BLAKELEY BOATWORKS, ADV. NO. 17-00077 (u) | 0.00 | 92,160.10 | | 0.00 | FA |
| TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS | | | | | |
| Blakeley Boatworks motion for summary judgment granted C.O. 3-14-19 and Adversary proceeding dismissed WITH PREJUDICE 3-14-19 | | | | | |
| 8. COMPLAINT V. DUMAS INTERNATIONAL, ADV. NO.17-00076 (u) | 0.00 | 15,014.12 | OA | 0.00 | 0.00 |
| TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS | | | | | |
| Default judgment dated 12-22-17 | | | | | |
| Abandonment to be heard at final hearing. | | | | | |
| 9. COMPLAINT V.BAKER MARINE SOLUTIONS,ADV.NO.17-00075 (u) | 0.00 | 14,491.04 | OA | 0.00 | 0.00 |
| TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS | | | | | |
| Default judgment dated 12-22-17 | | | | | |
| Abandonment to be heard at final hearing | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Case No: 15-03065 HAC Judge: HENRY A. CALLAWAY
Case Name: GRAHAM GULF, INC.
Trustee Name: LYNN HARWELL ANDREWS
Date Filed (f) or Converted (c): 10/11/16 (c)
341(a) Meeting Date: 11/14/16
Claims Bar Date: 01/31/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. COMPLAINT-ADV. NO. 17-00078 V. KEVIN GROS (u) CONSULTING & MARINE SERVICES, INC. TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS (See compromise approved C.O. 6-26-19) | 0.00 | 256,200.00 | | 30,000.00 | FA |
| 11. COMPLAINT V. C-PORT-STONE, LLC, ADV. NO. 17-00081 (u) TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS - Demand made for $21,803.67 Settlement offer of $15,000.00 See order granting motion to approve settlement and compromise dated 1-26-18 | 0.00 | 21,803.67 | | 15,000.00 | FA |
| 12. COMPLAINT V. EXXON MOBIL CORP., ADV. NO. 17-00080 (u) TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS See Order granting motion to approve settlement and compromise dated 1-26-18 | 0.00 | 17,449.60 | | 7,500.00 | FA |
| 13. COMPLAINT V. BNA MARINE SERVICES, ADV. NO.17-00079 (u) TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS - $25,819.45 See order granting motion to compromise dated 3-22-18 - $5,000.00 payable in five installments of $1,000.00 each. | 0.00 | 25,819.45 | | 5,000.00 | FA |
| 14. COMPLAINT-ADV. NO. 17-00082 V. GRAHAM HOLDING CO., (u) INC., DAVENPORT PROPERTIES, LLC, JANSON E. GRAHAM, SHAWN BLAIR, AND A. KEITH HAYLES TO RECOVER FRAUDULENT AND/OR PREFERENTIAL TRANSFERS, BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTIES AND UNJUST ENRICHMENT. See compromise and settlement approved C.O. 11-6-18. | Unknown | 1,500,000.00 | | 1,500,000.00 | FA |
| 15. COMPLAINT-ADV. NO. 17-00096 V. FORCE POWER SYSTEMS (u) $120,824.55 See order approving settlement agreement dated 3-22-18 - settled for $8,761.00 | 0.00 | 120,824.55 | | 8,761.00 | FA |
| 16. COMPLAINT-ADV. NO.17-00095 V. UNITED POWER SYSTEMS (u) See compromise approved C.O. 5-23-18 | 0.00 | 53,476.45 | | 5,000.00 | FA |
| 17. OFFICE EQUIPMENT (INCLUDING FURNITURE & COMPUTERS) (secuerd to Wells Fargo Bank) Order Approving Abandonment dated 7-31-19 | Unknown | 0.00 | OA | 0.00 | FA |

| Case No: | 15-03065 HAC Judge: HENRY A. CALLAWAY | Trustee Name: | LYNN HARWELL ANDREWS |
|---|---|---|---|
| Case Name: | GRAHAM GULF, INC. | Date Filed (f) or Converted (c): | 10/11/16 (c) |
| | | 341(a) Meeting Date: | 11/14/16 |
| | | Claims Bar Date: | 01/31/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. BP SETTLEMENT | 600,000.00 | 0.00 | | 0.00 | FA |
| (secured to Wells Fargo Bank) RFS granted C.O. 11-10-16 | | | | | |
| 19. COMPLAINT-ADV. NO. 17-00105 V. AMERICAN SUPPLY (u) | 0.00 | 3,000.00 | OA | 1,200.00 | 0.00 |
| See compromise approved C.O. 3-2-18. $3,000.00 to be paid in monthly installments of $300.00 per month. American Supply stopped paying, and we learned that the business has gone under and closed. $1,800.00 balance to be abandoned at final hearing.. | | | | | |
| 20. COMPLAINT-ADV. NO. 17-00106 V. THRUSTMASTER OF (u) | 0.00 | 16,344.63 | | 5,000.00 | FA |
| TEXAS ($16,344.63) | | | | | |
| See Order approving settlement agreement dated 8-15-18 | | | | | |
| 21. COMPLAINT-ADV. NO. 17-00093 V. MARTIN ENERGY (u) | 0.00 | 19,249.91 | | 19,249.91 | FA |
| SERVICES, LLC. See compromise approved C.O. 4-24-18 | | | | | |
| 22. RETURN OF CREDIT BALANCE ON BANKDIRECT ACCOUNT (u) | 0.00 | 20,389.55 | | 20,389.55 | FA |
| 576934 | | | | | |
| 23. MISC. FILES AND RECORDS OF THE DEBTOR AND/OR ANY (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| ASSOCIATED ENTITIIES EITHER IN POSSESSION OF TRUSTEE'S COUNSEL OR REMAINING AT THE DEBTOR'S FORMER PLACE OF BUSINESS. Order Approving Abandonment dated 7-31-19 | | | | | |

TOTALS (Excluding Unknown Values) $1,749,251.81 $2,195,546.46 $1,648,816.92 

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Abandonment of uncollected default judgments in adversary proceedings. Considering possible sale of any remnant (unknown) assets.

Initial Projected Date of Final Report (TFR): 04/30/18    Current Projected Date of Final Report (TFR): 12/31/19

/s/ LYNN HARWELL ANDREWS
_____   Date: 11/04/19
LYNN HARWELL ANDREWS